UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-

BANGALAY DOUMBIA,
                            Defendant.
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 MAG 08410

Defendant _____BANGALAY DOUMBIA_____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ___ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

✓ Conference Before a Judicial Officer

___s/Bangalay Doumbia, by the Court, w/permission___
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

    Bangalay Doumbia
_____
Print Defendant's Name

s/Rachel Perillo
s/John Burke
___both by the Court, w/permission___
Defendant's Counsel's Signature

Rachel Perillo (for Robert Soloway) --
outgoing counsel for Def.
John Burke -- incoming counsel for Def.
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

08/26/2020
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge